**Order entered April 27, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00787-CR

### ARMANDO OVIEDO NINO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55053-S**

## ORDER

The Court **REINSTATES** this appeal.

On January 15, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed and to make findings regarding State's Exhibit no. 1. We have received both appellant's and the State's briefs. Accordingly, we **VACATE** the January 15, 2015 order to the extent it requires findings regarding appellant's brief.

We **GRANT** appellant's February 19, 2015 motion to extend time to file his brief and the State's March 31, 2015 motion to extend time to file its brief. We **ORDER** the two briefs filed as of the date of this order.

To date, we have not received the trial court's findings regarding State's Exhibit no. 1 or a copy of State's Exhibit no. 1 in a readable format, nor have we received a response to either of

two letters inquiring about the status of the findings regarding the exhibit. The appeal cannot proceed to submission until the issue of State's Exhibit no. 1 is resolved.

Accordingly, this Court **ORDERS** Amber Givens, Presiding Judge of the 282nd Judicial District Court, to make findings regarding whether the DVD exhibit identified as State's Exhibit no. 1 can be converted to MP4 format or another format apart from an .AXE file. If the Honorable Amber Givens finds that that the DVD exhibit can be converted to MP4 or another format other than an .AXE, the Court shall also make a finding as to the type of format and the date by which a new copy of State's Exhibit no. 1 will be filed.

We **ORDER** the Honorable Amber Givens, Presiding Judge of the 282nd Judicial District Court, to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY-ONE DAYS** of the date of this order.

We **ABATE** the appeal to allow the Honorable Amber Givens to comply with the above order. The appeal shall be reinstated twenty-one days from the date of this order or when the findings are received, whichever is earlier.

/s/     ADA BROWN
JUSTICE